THE STATE OF OHIO, EX REL. SHORF, APPELLANT, *v.* MCMAHON, JUDGE, APPELLEE.

[Cite as State, ex rel. Shorf, *v.* McMahon (1988), 35 Ohio St. 3d 194.]

(No. 86-1503—Decided February 24, 1988.)

*John R. Vintilla,* for appellant.

*John T. Corrigan,* prosecuting attorney, and *Colleen C. Cooney,* for appellee.

*Per Curiam.* The judgment of the court of appeals (case No. 52412) is reversed. A writ of mandamus is hereby issued ordering the respondent judge to notify the parties of the journalization of a final order in case No. 67919, so that the thirty-day appeal period can begin to run. *Moldovan* v. *Cuyahoga Cty. Welfare Dept.* (1986), 25 Ohio St. 3d 293, 25 OBR 343, 496 N.E. 2d 466.

*Writ allowed.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.